PAUL B. McCONVILLE, *Plaintiff in Error* v. FORT PIERCE
BANK & TRUST COMPANY, a corporation, *Defendant in
Error.*

Opinion filed May 29, 1931.

*Alto Adams,* for Plaintiff in Error;
*F. L. Hemmings,* for Defendant in Error.

730

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and adjudged by the Court that the judgment of the court below be, and the same is hereby, affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.